**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MOLLIE MARIE FLINTON,

                Plaintiff,                    19 **CIVIL** 2054 (LGS)(DF)

      -v-                                  **JUDGMENT**

ANDREW M. SAUL,
Acting Commissioner of Social Security,
                          Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 21, 2020, the Court finds no clear error on the face of the record. The Report and Recommendation is adopted. Plaintiff's motion for judgment on the pleadings is GRANTED, Commissioner's motion for judgment on the pleadings is DENIED and the case is REMANDED to the Administrative Law Judge for further proceedings consistent with the Report and Recommendation; accordingly, the case is closed.

**Dated:** New York, New York
          September 21, 2020

                                                              **RUBY J. KRAJICK**
                                                               **Clerk of Court**
                               **BY:**   _K. Mango_
                                                               **Deputy Clerk**